UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLAND FIFFIE, SR. | CIVIL ACTION |
| VERSUS | NO. 22-189 |
| EAGLE, INC., *et al.* | SECTION M (2) |

### ORDER & REASONS

Before the Court is a motion to dismiss the cross-claims of Albert L. Bossier, Jr. filed by cross-defendant Eagle, Inc. ("Eagle").[1] The motion is set for submission on July 13, 2023.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance July 5, 2023. Cross-claimant Albert L. Bossier, Jr., who is represented by counsel, did not file any opposition. Accordingly, because the motion is unopposed and appears to have merit,[3]

IT IS ORDERED that Eagle's motion to dismiss (R. Doc. 92) is GRANTED, and Bossier's cross-claims against Eagle are DISMISSED WITH PREJUDICE.

---

[1] R. Doc. 92.

[2] R. Doc. 92-1.

[3] This matter arises out of claims of occupational asbestos exposure. On July 7, 2021, Fiffie filed this action in state court alleging that he was exposed to asbestos while working for various employers and that such exposure caused him to develop asbestosis. R. Doc. 1-2 at 1-25. He named Eagle and Bossier, among other parties, as defendants. *Id.* at 1-2. Before the case was removed to this Court, Bossier filed an answer, which included a cross-claim against Eagle for contribution. R. Doc. 4-3 at 28. Thereafter, on November 14, 2021, Bossier died. R. Doc. 60. Then, on July 22, 2022, Fiffie's claims against Bossier were dismissed with prejudice. R. Doc. 26. On March 17, 2023, Eagle filed a suggestion noting Bossier's death, but, to date, no party has been substituted in his place. *Id.* Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, if a motion to substitute the deceased party "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." More than 90 days have passed since service of the statement noting Bossier's death. R. Doc. 60. Therefore, Bossier's cross-claims against Eagle "must be dismissed." Fed. R. Civ. P. 25(a)(1).

New Orleans, Louisiana, this 6th day of July, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE