UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLAND FIFFIE, SR. | CIVIL ACTION |
| VERSUS | NO. 22-189 |
| EAGLE, INC., *et al.* | SECTION M (2) |

### ORDER & REASONS

Before the Court are the motions to dismiss the cross-claims of Albert L. Bossier, Jr. filed by cross-defendants Union Carbide Corporation ("Union Carbide") and Berkshire Hathaway Specialty Insurance Company ("Berkshire Hathaway").[1]  Also before the Court is a motion to dismiss the third-party claims of Albert L. Bossier, Jr. filed by third-party defendant Bayer CropScience, Inc., as successor to Rhone-Poulenc AG Company, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster Company ("Bayer").[2]  The motions are set for submission on July 27, 2023.[3]  Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in each of these instances July 19, 2023.  Cross-claimant and third-party claimant Albert L. Bossier, Jr., who is represented by counsel, did not file an opposition to any of the three motions.  Accordingly, because the motions are unopposed and appear to have merit,[4]

---

[1] R. Docs. 96; 97.
[2] R. Doc. 94.
[3] R. Docs. 94-2; 96-2; 97-1.
[4] This matter arises out of claims of occupational asbestos exposure.  On July 7, 2021, Fiffie filed this action in state court alleging that he was exposed to asbestos while working for various employers and that such exposure caused him to develop asbestosis. R. Doc. 1-2 at 1-25.  He named Union Carbide, Berkshire Hathaway, and Bossier, among other parties, as defendants. *Id.* at 2-3.  Before the case was removed to this Court, Bossier filed an answer in which he asserted cross-claims against Union Carbide and Berkshire Hathaway and third-party claims against Bayer for contribution.  R. Doc. 4-3 at 29-30.  Thereafter, on November 14, 2021, Bossier died.  R. Doc. 60.  Then, on July

IT IS ORDERED that the motions of Union Carbide and Berkshire Hathaway to dismiss Bossier's cross-claims (R. Docs. 96; 97) are GRANTED, and Bossier's cross-claims against Union Carbide and Berkshire Hathaway are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion of Bayer to dismiss Bossier's third-party claims (R. Doc. 94) is GRANTED, and Bossier's third-party claims against Bayer are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 25th day of July, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

22, 2022, Fiffie's claims against Bossier were dismissed with prejudice. R. Doc. 26. On March 17, 2023, defendant Eagle, Inc. filed a suggestion noting Bossier's death, but, to date, no party has been substituted in his place. R. Doc. 60. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, if a motion to substitute the deceased party "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." More than 90 days have passed since service of the statement noting Bossier's death. R. Doc. 60. Therefore, Bossier's cross-claims against Union Carbide and Berkshire Hathaway, as well as his third-party claims against Bayer, "must be dismissed." Fed. R. Civ. P. 25(a)(1).